IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DANIELLE SEABERG, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>CLASSICA CRUISE OPERATOR LTD. INC. d/b/a MARGARITAVILLE AT SEA,<br><br>Defendant. | Case No.: 9:25-CV-81245-DMM |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Danielle Seaberg, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Classica Cruise Operator LTD., Inc., d/b/a Margaritaville at Sea without prejudice.

Dated:  October 28, 2025

Respectfully Submitted,

*/s/ Mariya. Weekes*
Mariya Weekes (FBN 56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Mariya. Weekes*
Mariya Weekes (FBN 56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com